UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BRITTNEY COLEMAN | CIVIL ACTION NO. |
| VERSUS | JUDGE |
| ISLAND EXPRESS HELICOPTERS, INC. AND PILOT | MAG. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant ISLAND EXPRESS HELICOPTERS, INC., pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, files this Notice of Removal of the captioned action from the Ninth Judicial District Court of the Parish of Rapides, State of Louisiana, in which it is now pending, to the United States District Court for the Western District of Louisiana. This removal is predicated upon the Court's original jurisdiction over this matter pursuant to 28 U.S.C. §1332 (diversity of citizenship).

I.

The above-entitled civil action for wrongful death was filed in the Ninth Judicial District Court of the State of Louisiana and is now pending in that court. See Exhibit 1, Page 2, Suit for Money Owed.

II.

Removing party is the sole defendant named in the action.

III.

The action is one in which the United States District Courts have original jurisdiction by reason of the diversity of citizenship of the parties pursuant to 28 U.S.C. §1332.

IV.

The amount in controversy in the action, exclusive of interest and costs, is alleged to be $1,000,000. See Exhibit 1, Page 2, Suit for Money Owed.

V.

Summons and a copy of the complaint were served on removing party via long arm statute at 1175 Queens Highway, Long Beach, California on or about June 23, 2022. See Exhibit 2, Page 1.

VI.

Thirty days have not yet expired since the action became removable to this court.

VII.

At the time of the commencement of this action, plaintiff was and now is an individual and a resident and citizen of the State of Louisiana, who is domiciled at 2545 England Drive, Unit 5, Alexandria, Louisiana, 71303. At the time of the commencement of this action, removing party was and now is, a citizen of the State of California. Its principal place of business is in the State of California, and its place of formation is in the State of California.

VIII.

Fictitious defendants named in the complaint are disregarded for purposes of citizenship under 28 U.S.C.A. § 1441(b)(1).

IX.

Based on the complaint and the diverse citizenships of the parties, this court has original jurisdiction over this action under 28 U.S.C.A. § 1332, and, because defendant is not a citizen or resident of the State of Louisiana, in which state this action is pending, removal of the action to this court is proper under 28 U.S.C.A. § 1441(a).

X.

Copies of all pleadings, process, and orders served on removing party in this action are attached to this Notice and marked "Exhibit 1" and "Exhibit 2."

XI.

On the date set forth below, a copy of this Notice is being served on the Plaintiff. On the same date, a copy of this Notice is being filed with the clerk of the Ninth Judicial District Court of the State of Louisiana.

WHEREFORE, removing party requests that the above-entitled action be removed from the Ninth Judicial District Court of the State of Louisiana to the United States District Court for the Western District of Louisiana, Lafayette Division.

Respectfully submitted:

ALLEN & GOOCH,
A Law Corporation

*/s/ S. Brian Perry*
RANDALL K. THEUNISSEN (#12727)
S. BRIAN PERRY (#25209)
P.O. Drawer 81129
Lafayette, LA  70598-1129
Telephone:  (337) 291-1000
Facsimile:  (337) 291-1200
RandyTheunissen@AllenGooch.com
BrianPerry@AllenGooch.com

CUNNINGHAM SWAIM, LLP

*/s/ Ross Cunningham*
ROSS CUNNINGHAM (Texas Bar No. 24007062)
4015 Main Street, Suite 200
Dallas, TX 75226
Telephone: (214) 646-1495
rcunningham@cunninghamswaim.com

*Attorneys for Island Express Helicopters, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing instrument has this day been served on all parties through their counsel of record in this proceeding by:

( )   Hand Delivery     ( )   Prepaid U.S. Mail    (X)   U.S. Mail/CMRRR

( )   Email             ( )   Facsimile            ( )   Overnight Delivery Service

Lafayette, Louisiana, this 22nd day of July, 2022.

*/s/ S. Brian Perry*
S. Brian Perry